IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

PAUL PETER SWEHLA,

                    Petitioner,                                    No. C10-158

vs.

STATE OF IOWA,                                                    ORDER

                    Respondent.

This matter is before the court on petitioner's resisted Motion to Alter or Amend Judgment, filed June 17, 2011.

Judgment was entered in this matter on June 7, 2011. It is the court's view that petitioner has come forward with no grounds warranting the relief sought, and the court lacks jurisdiction over a petition for writ of error coram nobis which solely challenges a state judgment. See McGhghy v. Hastings, 2005 WL 2043694 (ND IA 2005)(Report and Recommendation discussing authorities re: lack of jurisdiction over coram nobis action).

It is therefore

ORDERED

Denied.

July 11, 2011.

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT