IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| PAUL SWEHLA,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF IOWA,<br><br>    Respondent. | No. 10-158-EJM<br><br>ORDER |

This matter is before the court on petitioner's Notice of Appeal, filed July 20, 2011.

On June 7, 2011, this matter was dismissed, and judgment was entered against petitioner. On July 11, the court denied petitioner's Motion to Alter or Amend Judgment. Petitioner now appeals.

To the extent this matter sounds in habeas, it is the court's view that the standards for a certificate of appealability are not met, see 28 USC §2253(c)(2), and therefore no certificate of appealability will issue.

It is therefore

Ordered

A certificate of appealability shall not be issued.

July 21, 2011.

                                              Edward J. McManus, Judge
                                              UNITED STATES DISTRICT COURT